AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Clevenger, Raymond C. | United States Court of Appeals for the Federal Circuit | 05/06/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Circuit Court Judge (Senior) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

717 Madison Place, N.W.
Washington, DC 20439

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | self-employed photographer |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | IP Section, Georgia State Bar Association | November 12-15, 2014 | Papagayo, Costa Rica | Meeting with IP Section of Georgia State Bar Association | Transportation, Meals and Lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 05/06/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America (C.S.) | E | Dividend | P2 | T | | | | | |
| 2. Morgan Stanley Managed Municipal Fund | E | Interest | P1 | T | | | | | |
| 3. PNC Bank Now Account | A | Interest | L | T | | | | | |
| 4. Shawnee VillagePartners Units A | A | Distribution | J | W | | | | | |
| 5. Seminole Transporation Co. Mineral Contract | C | Royalty | J | W | | | | | |
| 6. Coop Refining LLP Mineral Contract | A | Royalty | J | W | | | | | |
| 7. Total Petroleum Co. Mineral Contract | B | Royalty | J | W | | | | | |
| 8. Central Crude Co. Mineral Contract | B | Royalty | J | W | | | | | |
| 9. Delaware Group Tax-Free Fund | E | Interest | O | T | | | | | |
| 10. Morgan Stanley Daily Dividend Fund | E | Interest | N | T | | | | | |
| 11. Kansas City Southern Industries (C.S) | B | Dividend | L | T | | | | | |
| 12. Apple, Inc. (C.S) | C | Dividend | M | T | | | | | |
| 13. Allergan, Inc. (C.S.) | | None | | | Sold | 01/21/14 | M | E | |
| 14. Baxter International Inc. (C.S) | C | Dividend | | | Sold | 05/15/14 | M | E | |
| 15. Caterpillar Inc. (C.S.) | B | Dividend | | | Sold | 11/19/14 | L | C | |
| 16. J.P. Morgan Chase & Co. (C.S.) | C | Dividend | M | T | | | | | |
| 17. McDonalds Corp. (C.S.) | C | Dividend | | | Sold | 11/19/14 | M | D | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Microsoft Corp. (C.S.) | B | Dividend | | | Sold | 07/15/14 | M | E | |
| 19. Pepsico Inc. (C.S.) | C | Dividend | M | T | | | | | |
| 20. Philip Morris Intl. Inc. (C.S.) | C | Dividend | M | T | | | | | |
| 21. Schlumberger Ltd. (C.S.) | A | Dividend | L | T | | | | | |
| 22. Sempra Engergy (C.S.) | B | Dividend | | | Sold | 06/11/14 | M | E | |
| 23. ThermoFisher Scientific, Inc. (C.S.) | A | Dividend | L | T | | | | | |
| 24. United Technologies Corp. (C.S.) | C | Dividend | M | T | | | | | |
| 25. Walt Disney Co. (C.S.) | A | Dividend | | | Sold | 03/19/14 | M | E | |
| 26. American Tower REIT (C.S.) | C | Dividend | L | T | | | | | |
| 27. Ace Ltd. (C.S.) | B | Dividend | L | T | | | | | |
| 28. Mastercard, Inc. (C.S.) | A | Dividend | L | T | | | | | |
| 29. Google, Inc. (C.S.) | | None | M | T | | | | | |
| 30. Chevron Corp. (C.S.) | A | Dividend | M | T | | | | | |
| 31. L Brands, Inc. (C.S.) | A | Dividend | L | T | | | | | |
| 32. Marsh & McLellan Cos. Inc. (C.S.) | A | Dividend | L | T | | | | | |
| 33. Abbott Laboratories, Inc. (C.S.) | B | Dividend | L | T | Buy | 01/24/14 | L | | |
| 34. Abbvie Inc. (C.S.) | B | Dividend | M | T | Buy | 05/16/14 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Estee Lauder Co. Inc. (C.S.) | A | Dividend | L | T | Buy | 07/15/14 | L | | |
| 36. Monsanto Co. (C.S.) | B | Dividend | M | T | Buy | 06/11/14 | M | | |
| 37. Time Warner Inc. (C.S.) | A | Dividend | M | T | Buy | 03/19/14 | M | | |
| 38. Skybridge MultiAdvisers Hedge Fund | D | Dividend | N | T | Buy | 06/01/14 | N | | |
| 39. Ironwood MultiStrategy Hedge Fund | D | Dividend | N | T | Buy | 06/01/14 | N | | |
| 40. | | | | | | | | | |
| 41. Odd Lot Fund | A | Dividend | J | T | | | | | |
| 42. Costco Companies, Inc. (C.S.) | A | Dividend | J | T | | | | | |
| 43. Berkshire Hathaway Co. (C.S.) | A | Dividend | J | T | | | | | |
| 44. General Electric Co.(C.S.) | A | Dividend | J | T | | | | | |
| 45. Level 3 Communications Inc. (C.S.) | A | Dividend | J | T | | | | | |
| 46. Echelon Corp.(C.S.) | A | Dividend | J | T | | | | | |
| 47. TE Connectivity (C.S.) | A | Dividend | J | T | | | | | |
| 48. Walt Disney Co. (C.S.) | A | Dividend | J | T | | | | | |
| 49. Europacific Growth Fund | A | Dividend | J | T | | | | | |
| 50. Global High Income Dollar Fund | A | Dividend | J | T | | | | | |
| 51. Green Energy Management Systems, Inc. (C.S.) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Blackrock Trust Co. (C.S.) | A | Dividend | J | T | | | | | |
| 53. Canadian Oil Sands Trust Co. (C.S.) | A | Dividend | J | T | | | | | |
| 54. Chevron-Texaco Co. (C.S.) | A | Dividend | J | T | | | | | |
| 55. Cisco Corp. (C.S.) | A | Dividend | J | T | | | | | |
| 56. Dominion Reserve Inc. (C.S.) | A | Dividend | J | T | | | | | |
| 57. Exxon Mobil Corp. (C.S.) | A | Dividend | J | T | | | | | |
| 58. J.P. Morgan Chase & Co. (C.S.) | A | Dividend | J | T | | | | | |
| 59. Kayne Anderson Midstream Investment Co. (C.S.) | A | Dividend | J | T | | | | | |
| 60. Lowe's Companies, Inc. (C.S.) | A | Dividend | J | T | | | | | |
| 61. PHLO Corp. (C.S.) | A | Dividend | J | T | | | | | |
| 62. Verizon, Inc. (C.S.) | A | Dividend | J | T | | | | | |
| 63. Keely Small Cap. Value Fund | A | Dividend | J | T | | | | | |
| 64. Oppenheimer International Small Co. Fund | A | Dividend | J | T | | | | | |
| 65. SnowCapital Managment Fund | A | Dividend | J | T | | | | | |
| 66. Ishares DJ Select Dividend Fund | A | Dividend | J | T | | | | | |
| 67. News Corp. (C.S.) | A | Dividend | J | T | | | | | |
| 68. Dodge & Cox International Stock (C.S.) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Fairholme Fund Shares | A | Dividend | J | T | | | | | |
| 70. Lazard Emerging Markets RBL Shares | A | Dividend | J | T | | | | | |
| 71. Powsershares Water Reserve Portfolio Shares | A | Dividend | K | T | | | | | |
| 72. Apple, Inc. (C.S.) | A | Int./Div. | J | T | | | | | |
| 73. Google Inc. (C.S.) | | None | J | T | | | | | |
| 74. Cambiar Opportunity Fund | A | Dividend | J | T | | | | | |
| 75. District of Columbia Series E BHAC Bond | C | Interest | M | T | | | | | |
| 76. Paw Paw, MI Public School District Bond | B | Interest | J | T | | | | | |
| 77. Beloit Wisc Sch District Bond | B | Interest | K | T | | | | | |
| 78. New York City TFA Rev Bond | B | Interest | K | T | | | | | |
| 79. Columbia MO Spl Oblig Bond | B | Interest | K | T | | | | | |
| 80. Rockwall County TX Series A Bond | B | Interest | K | T | | | | | |
| 81. South Western City SD HO Bond | B | Interest | K | T | | | | | |
| 82. Mercanolibre Inc. (C.S) | A | Dividend | J | T | | | | | |
| 83. AT&T Corp. (C.S.) | A | Dividend | J | T | | | | | |
| 84. Clough Global Equity Fund (C.S.) | B | Dividend | K | T | | | | | |
| 85. Clough Global Opportunity Fund (C.S.) | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Proctor & Gamble Co. (C.S.) | A | Dividend | J | T | | | | | |
| 87. IsharesFTSE Xinhua China Fund (C.S.) | A | Dividend | J | T | | | | | |
| 88. Ishares MSCI Brazil Index Fund (C.S.) | A | Dividend | J | T | | | | | |
| 89. Fairpoint Communications Inc. (C.S.) | A | Dividend | J | T | | | | | |
| 90. Frontier Communications, Inc. (C.S) | A | Dividend | J | T | | | | | |
| 91. American Capital World Fund (C.S.) | B | Dividend | L | T | | | | | |
| 92. Heitmann REIT Fund (C.S.) | B | Dividend | L | T | | | | | |
| 93. PIMCO Total Return Fund (C.S.) | B | Dividend | M | T | | | | | |
| 94. Amazon.Com. Inc. (C.S.) | | None | J | T | | | | | |
| 95. Harbor International Fund (C.S.) | A | Dividend | J | T | | | | | |
| 96. Hartford Growth Opportunity Fund (C.S.) | A | Dividend | J | T | | | | | |
| 97. Ivy Asset Strategy Fund (C.S.) | A | Dividend | J | T | | | | | |
| 98. Mainstay Large Capital Growth Fund (C.S.) | A | Dividend | J | T | | | | | |
| 99. MFS Value Fund (C.S.) | A | Dividend | J | T | | | | | |
| 100. Nuveen Build America Fund (C.S.) | A | Dividend | J | T | | | | | |
| 101. Oppenheimer Gold & Special Minerals Fund (C.S.) | A | Dividend | J | T | | | | | |
| 102. Vale, S.A. (C.S.) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 05/06/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Unilever PLC (C.S.) | A | Dividend | J | T | | | | | |
| 104. Symantec Corp.(C.S.) | A | Dividend | J | T | | | | | |
| 105. T.Rowe Price New Horizons Fund (C.S.) | A | Dividend | J | T | | | | | |
| 106. Allianzgi NFJ Intl Value Fund (C.S.) | A | Dividend | J | T | | | | | |
| 107. John Hancock Classic Value Fund (C.S.) | A | Dividend | J | T | | | | | |
| 108. MFS New Discovery Fund (C.S.) | A | Dividend | J | T | | | | | |
| 109. Oakmark Intl Fund (C.S.) | A | Dividend | J | T | | | | | |
| 110. Wells Fargo Adv. Small Cap Value Fund (C.S.) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 05/06/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Raymond C. Clevenger**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544